# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| LONELLE C. PENNINGTON, | : | Case No. 1:17-cv-264 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 32)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the Plaintiff's unopposed motion for attorney fees (Doc. 30), and on July 18, 2019, submitted a Report and Recommendation (Doc. 32).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* Plaintiff's motion for attorney fees. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 32) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above, Plaintiff's motion for attorney fees (Doc. 30) is **GRANTED**. The Court hereby awards Plaintiff $9,328.48 in attorney fees pursuant to 42 U.S.C. § 406(b).

**IT IS SO ORDERED.**

Date:      10/8/19

Timothy S. Black
United States District Judge